**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMANDA M. STEVENSON,**

    **Plaintiff,**

-vs-                                                Case No. 6:10-cv-1624-Orl-28KRS

**RBC BANK USA, INC.,**

    **Defendant.**
_____

# ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. No. 27) filed August 18, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 19, 2011 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement (Doc. 27) is **GRANTED**.

3. The Court finding the settlement agreement to be a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues, it is approved.

4. The case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party